UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LEROY ELDRIDGE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-12-28 |
| | § | |
| C. MONROE, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**
<u>**TO DISMISS**</u>

On January 1, 2012, Plaintiff filed this action but did not pay the filing fee. Despite being served a Notice of Deficient Pleading (D.E. 3) and despite being ordered to show cause why the case should not be dismissed for failure to pay the filing fee or, alternatively, to seek an order permitting the Plaintiff to proceed *in forma pauperis*, Plaintiff has done nothing to remedy the deficiency. D.E. 4, 5. On May 4, 2012, United States Magistrate Judge B. Janice Ellington issued a Memorandum and Recommendation (D.E. 5), recommending that this action be dismissed. Plaintiff has not filed any objections to that Memorandum and Recommendation.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation and all other relevant documents in the record, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge.

Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

ORDERED this 5th day of June, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE